# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1163

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | Southern District of Iowa. |
| | * | |
| Thomas George Freeman, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: April 13, 2010
Filed: April 16, 2010

_____

Before LOKEN, BYE, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this direct criminal appeal, Thomas Freeman challenges the sentence the district court[1] imposed after revoking his supervised release. Upon careful review, we conclude that the revocation sentence is not unreasonable. See United States v. Tyson, 413 F.3d 824, 825 (8th Cir. 2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with United States v. Booker, 543 U.S.

_____

[1]The Honorable Ronald E. Longstaff, United States District Judge for the Southern District of Iowa.

220 (2005)).  Accordingly, we affirm the district court's judgment, and we grant counsel's motion to withdraw.

_____